No. 2557. Torres, Apelante, v. Asamblea Municipal de Guayama, Apelada.—Corte de Distrito de Guayama. *Certiorari*. Resuelto en junio 15, 1922. Apareciendo que los errores alegados se han considerado recientemente en los casos de Sucesores de C. y J. Fantauzzi v. Asamblea Municipal de Arroyo, The Mayagüez Show Co. v. Municipio de Mayagüez y García v. La Asamblea Municipal de Cayey, decididos los dos primeros respectivamente en abril 28, 1922 y el último en mayo 12, 1922 y por los fundamentos de los mismos, se confirman las sentencias.

No. 1946. El Pueblo, Apelado, v. Nieves, Apelante.— Corte de Distrito de San Juan, Distrito Segundo. Adulteración de leche. Resuelto en junio 15, 1922. No existiendo pliego de excepciones ni relación de hechos, sin que se haya radicado alegato y no apareciendo de los autos error fundamental alguno, se confirma la sentencia.

No. 2785. Ramos, Apelado, v. García, Apelante.—Corte de Distrito de Aguadilla. Resuelto en junio 16, 1922. Teniendo en cuenta la moción del apelado sobre desestimación de apelación las certificaciones que se acompañan y la declaración jurada del taquígrafo de la corte inferior, se resuelve no haber lugar a la desestimación.

No. 1949. El Pueblo, Apelado, v. Rodríguez, Apelante. Corte de Distrito de San Juan, Primer Distrito. Acometimiento y agresión. Resuelto en junio 16, 1922. No existiendo pliego de excepciones ni relación de hechos, sin que se haya radicado alegato alguno y no apareciendo de los autos ningún error fundamental, se confirma la sentencia modificándola en el sentido de imponer al acusado "un día de cárcel por cada dollar dejado de satisfacer no excediendo la prisión subsidiaria de 50 días."